652

No. 588. CHEMICAL BANK & TRUST CO., TRUSTEE, *v.* PRUDENCE-BONDS CORP. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thurlow M. Gordon* for petitioner. *Mr. Ross W. Lynn* for respondent.

No. 589. HASKELL *v.* COMMISSIONER OF INTERNAL REVENUE. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. T. Hardy Todd* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 591. DELAWARE *v.* IRVING TRUST CO., TRUSTEE. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Ralph G. Albrecht, Amos J. Peaslee,* and *Martin A. Meyer, Jr.,* for petitioner. *Mr. Godfrey Goldmark* for respondent.

No. 477. UNITED STATES *v.* GLIDDEN CO. ET AL. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Reed* and *Messrs. George W. Whiteside* and *James M. Hoffa* for the United States. *Mr. Roger Hinds* for respondents.

No. 626. PUGLIESE *v.* UHL, DISTRICT DIRECTOR OF IMMIGRATION. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second